

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00316-CR

**EX PARTE MICHAEL THOMAS PAUL**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1068-W1
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

    Appellant's motion for pro se access to the appellate record is granted. We order the Clerk of this court to provide appellant access to the appellate record. We further order appellant's deadline to file a pro se brief is extended to October 28, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court